S. Ramírez & Co., Demandantes y Apelados, *v.* Quintana et al., Demandados y Apelantes.

Apelación procedente de la Corte de Distrito de Humacao en causa sobre cobro de dinero.

No. 1264.—Resuelto en abril 23, 1915.

Pagarés — Cobro Antes del Vencimiento — Demanda Enmendada — Cuestión Académica.—Cuando se alega en una demanda enmendada como causa de acción para el cobro de un pagaré, que éste está vencido, aun cuando se haya alegado en la demanda primitiva que no lo estaba, resultaría entonces una cuestión meramente académica el decidir si podía o nó cobrarse antes de su vencimiento.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. Francisco González.*

Abogados de los apelados: *Sres. Aponte & Aponte.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El 8 de julio de 1913 la corporación S. Ramírez & Co. presentó demanda en el Tribunal de Distrito de Humacao contra Domingo Quintana y contra Carlos Benítez Santana reclamándoles, al primero como deudor principal y al segundo como fiador y principal pagador, que les pagasen el importe de dos pagarés por $480.35 cada uno, de los cuales el primero estaba vencido en la fecha de la demanda más no así el segundo cuyo vencimiento estaba señalado para el

30 de noviembre de 1913, pero cuya garantía había dismi-. nuído por haber abandonado la isla el fiador.

Excepcionada esa demanda presentó la demandante una demanda enmendada en 18 de febrero de 1914 reclamando el pago de ambas obligaciones y alegando en cuanto a la segunda, que a pesar de haber vencido no había sido tampoco pagada y también que cuando antes de vencer esta obligación se pidieron nuevas garantías al deudor por la insolvencia del fiador, no las prestó.

Contestada la demanda por Domingo Quintana y celebrado el juicio correspondiente el tribunal dictó sentencia condenatoria contra ambos demandados por el montante de los dos pagarés y contra ella interpuso Domingo Quintana el presente recurso de apelación.

El único motivo alegado por la parte apelante en solicitud de que revoquemos en parte la sentencia apelada es que no tenía el deber de presentar nueva garantía respecto del segundo pagaré y por tanto no había perdido su derecho a utilizar el plazo que se le concedió de pagarlo en 30 de noviembre de 1913, cuya materia alegó como defensa en la contestación a la demanda enmendada.

Cuando en 18 de febrero de 1914 se presentó la demanda enmendada ya estaba vencido ese pagaré desde el 30 de noviembre del año anterior y así se alegó en ella como causa de acción para su cobro y por lo tanto resultaría ahora una cuestión meramente académica el decidir si pudo o no cobrarse antes de su vencimiento.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.